IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE R. PALMER,                 :
        Petitioner,         :
    v.                              :   Civil Action No. 03-225J
RAYMOND J. SOBINA,                  :
SUPERINTENDENT, S.C.I. SOMERSET,    :
        Respondent          :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 6, 2006, docket no. 20, recommending that the petition be denied as untimely, and a certificate of appealability denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed a motion for additional time to file objections, docket no. 21, and objections, docket no. 22, but the objections are meritless.

After _de novo_ review of the record of this matter, together with the Report and Recommendation and the timely objections thereto, the following order is entered:

AND NOW, this 17th day of March, 2006, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

Lawrence Palmer CQ-6419
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15510

Paul R. Scholle, Esquire
Allegheny County District Attorney's Office
401 Allegheny County Courthouse
Pittsburgh, PA 15219
Clearfield, PA 16830